```
           FILED
      U.S. DISTRICT COURT

      2013 JAN -4  A 11: 11

         DISTRICT OF UTAH
      BY:_____
         DEPUTY CLERK
```

SCOTT D. CHENEY (6198)
Assistant Utah Attorney General
MARK L. SHURTLEFF (4666)
Utah Attorney General
160 East 300 South, Sixth Floor
PO BOX 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
E-mail: scheney@utah.gov

*Attorneys for State of Utah and Utah Highway Patrol*

---

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THOMAS ROMERO, and JULIE TAPIA, individually and as representatives of a class, and JOHN DOES and JANE DOES, who are other members of the class, similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>THE STATE OF UTAH; UTAH HIGHWAY PATROL; LISA STEED, a Utah Highway Patrol Trooper, in her individual and official capacities; and JOHN and JANE DOES 1-30,<br><br>　　　　　　　　Defendants. | **NOTICE OF REMOVAL OF A CIVIL ACTION FROM STATE COURT TO FEDERAL COURT**<br><br>Case: 2:13-cv-00009<br>Assigned To : Wells, Brooke C.<br>Assign. Date : 1/4/2013<br>Description: Romero et al v. State of Utah et al |

　　　　Pursuant to 28 U.S.C. §§ 1441(b), 1443, and 1446, Defendants, State of Utah and Utah Highway Patrol by and through counsel, Scott D. Cheney, Assistant Utah Attorney General,

hereby give NOTICE OF REMOVAL of the civil action pending against Defendants in the Third Judicial District for Salt Lake County, State of Utah, entitled *Thomas Romero and Julie Tapia v. State of Utah, et al.,* Case No. 120908480, to this Court. The grounds for removal are:

1. This action was commenced by the filing of a Complaint on or about December 14, 2012 in the Third Judicial District Court in and for Salt Lake County, State of Utah.

2. Defendants received a copy of the Complaint on or about December 19, 2012.

3. Plaintiffs' Complaint asserts causes of action against Defendants for alleged violations of federal civil rights under 42 U.S.C. § 1983.

4. Based on Plaintiffs' allegations of violations of civil rights, this Court has original jurisdiction of the above-entitled action pursuant 28 U.S.C. §1331, and this action may be removed to this Court pursuant to 28 U.S.C. §§1441 and 1443.

5. Removal of this action is timely. Fewer than thirty days have elapsed since the Defendants received a copy of the Complaint. The Complaint was the pleading from which it was first ascertained that the case is one that has become removable. *See* 28 U.S.C. §1446(b).

6. Pursuant to 28 U.S.C. §1446 (a), copies of all process and pleadings that have been received by Defendants State of Utah and UHP are attached hereto as Exhibit A.

WHEREFORE, Defendants submit this Notice that the above-entitled matter is hereby removed from the Third Judicial District Court in and for Salt Lake County, State of Utah, in accordance with the provisions of 28 U.S.C. § 1446.

DATED this 4th day of January 2013.

                    MARK L. SHURTLEFF
                    Utah Attorney General

                    /s/ Scott D. Cheney
                    Scott D. Cheney
                    Assistant Utah Attorney General
                    Attorneys for Defendants State of Utah and Utah Highway Patrol