ROBERT B. SYKES (#3180)
    bob@sykesinjurylaw.com
ALYSON E. CARTER (#9886)
    alyson@sykesinjurylaw.com
RACHEL L. SYKES (#11778)
    rachel@sykesinjurylaw.com
**ROBERT B. SYKES & ASSOCIATES, P.C.**
311 South State Street, Suite 240
Salt Lake City, Utah 84111
Telephone No. (801) 533-0222
Facsimile No. (801) 533-8081
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| THOMAS ROMERO and JULIE TAPIA, individually and as representatives of a class, and JOHN DOES AND JANE DOES, who are other members of the class, similarly situated, | **ORDER ON STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** |
| Plaintiffs, | |
| v. | Civil No. 2:13-cv-0009 |
| THE STATE OF UTAH; UTAH HIGHWAY PATROL; LISA STEED, a Utah Highway Patrol Trooper, in her individual and official capacities; and JOHN and JANE DOES 1-30. | District Judge David Nuffer |
| Defendants. | |

Pursuant to the Stipulation of the Parties, and for good cause appearing,

-2-

IT IS HEREBY ORDERED:

1. The above captioned case is dismissed without prejudice.

2. Each Party is to bear its own costs and fees.

DATED this 24th day of January, 2013.

### BY THE COURT

s/David Nuffer

David Nuffer
U.S. District Court Judge

*Approved as to form:*

**UTAH ATTORNEY GENERAL**
*by permission*

*/s/ Scott D. Cheney*              January 22, 2013
SCOTT D. CHENEY, Esq.              DATE
Assistant Utah Attorney General
*Attorneys for Defendants State of Utah
and Utah Highway Patrol*